UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOUGLAS EUGENE CATT,

    Petitioner,

v.                               Case No. 5:19-cv-240-TKW-MJF

MARK INCH,

    Respondent.

_____/

**ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 26). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the §2254 petition should be dismissed with prejudice because it is time barred. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** with prejudice, and the Clerk shall close the case file.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 9th day of August, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**